IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUSAN and JEFFREY ROCKE**, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| : | |
| v. : | NO.  12-3372 |
| : | |
| **PEBBLE BEACH COMPANY,** : | |
| : | |
| **Defendant.** : | |
| : | |

# ORDER

**AND NOW**, this \_\_\_\_ day of April, 2014, upon consideration of Defendant Pebble Beach Company's Motion to Dismiss (Doc. 16) and all relevant responses thereto, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.  Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**